| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163173)<br>Chief, Criminal Division |
| 4 | DANIEL R. KALEBA (CABN 223789)<br>Assistant United States Attorney |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 08-00455 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED]<br>) ORDER EXCLUDING TIME |
| PABLO CESAR ESQUIVEL,<br>ADAN MEDINA-MENDOZA,<br>   a/k/a Daniel Antonio Duenas,<br>MIGUEL ALVAREZ-CASTENEDA, and<br>URIAL ARREDONDO-VERDUZCO,<br>   a/k/a Roberto Matos, | ) SAN JOSE VENUE |
| Defendants. | ) |

On July 16, 2008, named defendants PABLO CESAR ESQUIVEL, MIGEUL ALVAREZ-CASTENEDA, and URIAL ARREDONDO-VERDUZCO in this case appeared before the Court for arraignment. At the appearance, attorney Alex Park substituted in as counsel to Mr. ARREDONDO-VERDUZCO on behalf of Thomas Ferrito. Mr. ALVAREZ-CASTENEDA also submitted to the United States a supplemental discovery request. The Court set the matter for initial appearance before Judge Whyte on August 25, 2008. Assistant United States Attorney Daniel Kaleba then requested an exclusion of time under the Speedy Trial Act from July 16,

2008 to August 25, 2008. The defendants, through counsel, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendants' need for continuity of counsel and effective preparation.

SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: 7/22/08                    _____/s/_____
                                  DANIEL R. KALEBA
                                  Assistant United States Attorney

DATED: 7/22/08                    _____/s/_____
                                  NICHOLAS P. HUMY
                                  Counsel to Defendant ESQUIVEL

DATED: 7/22/08                    _____/s/_____
                                  GEOFFREY BRAUN
                                  Counsel to Defendant ALVAREZ-CASTENEDA

DATED: 7/22/08                    _____/s/_____
                                  ALEX C. PARK
                                  Counsel to Defendant ARREDONDO-VERDUZCO

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 16, 2008 to August 25, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation and continuity, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 7/25/08                    _____
                                  HOWARD R. LLOYD
                                  United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
NO. 08-00455 RMW                              2